## (December 20, 1961)

■ TIPPETTS-ABBETT-McCARTHY-STRATTON, Respondent, v. NEW YORK STATE THRUWAY AUTHORITY, Appellant. (Claim No. 34769.)

Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.